JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAMON FLORES ARROYO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-04263-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering A Bond Hearing Pursuant to 8 U.S.C. § 1226(a) Within Seven Days, IT IS ADJUDGED that the Petition is granted.

DATED: August 12, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE